UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAYLEIGH COLEMAN, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

    Case No._____

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.
    _____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Jefferson Capital Systems, LLC (JCAP), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

1.    JCAP is a named defendant in this civil action filed by plaintiff, Kayleigh Coleman (plaintiff), in the County Court of Sixth Judicial Circuit, in and for Pinellas County, Florida, titled *Kayleigh Coleman, on behalf of herself and all others similarly situated v. Jefferson Capital Systems, LLC,* Case No. 22-001277-CI (hereinafter the "State Court Action").

2. JCAP removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), JCAP has timely filed this Notice of Removal. JCAP was served with plaintiff's complaint on March 29, 2022. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, defendant, Jefferson Capital Systems, LLC, hereby removes to this Court the State Court Action.

Dated: April 18, 2022                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Ashley Wydro*
　　　　　　　　　　　　　　　　　　　　　Ashley Wydro, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0106605
　　　　　　　　　　　　　　　　　　　　　Dayle M. Van Hoose, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0016277
　　　　　　　　　　　　　　　　　　　　　SESSIONS, ISRAEL & SHARTLE, L.L.C.
　　　　　　　　　　　　　　　　　　　　　3350 Buschwood Park Drive, Suite 195
　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33618

>Telephone: (813) 440-5327
>Facsimile: (877) 334-0661
>awydro@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Jason Tenenbaum, Esq.
>Tenenbaum Law Group, PLLC
>1600 Ponce De Leon Blvd., 10th Floor
>Coral Gables, FL 33134

>*/s/ Ashley Wydro*
>Attorney