UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAYLEIGH COLEMAN,

    Plaintiff,

v.                                Case No: 8:22-cv-900-CEH-AAS

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal With Prejudice, it is

**ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on February 17, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record